District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWYERS FOR GOOD GOVERNMENT, INC.,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 2:26-cv-01504-JNW<br><br>NOTICE OF MOTION RE-NOTED |

At Defendants' request, Plaintiff is re-noting the motion listed below. There being no response to the motion filed yet, the Clerk is requested to place the following motion on the docket for the day listed below:

MOTION: Plaintiff's Motion for Order Setting Production Schedule, Dkt. 11.

DATE: October 15, 2026.

//

//

//



LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301, PMB 181
Washington, DC 20004
Phone: 404-913-5529

DATED this 21st day of September 2026.

*/s/ Rachel Johnson*
Rachel Johnson* IL Bar No. 6318046
Daniel R. Hamilton WSBA No. 14658
LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
dhamilton-pblc@lawyersforgoodgovernment.org
rachel@lawyersforgoodgovernment.org

ATTORNEYS FOR PLAINTIFF

**Pro hac vice*