The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWYERS FOR GOOD GOVERNMENT, INC.,<br>Plaintiffs,<br>v.<br>NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br>Defendants. | Case No. 2:26-cv-01504-JNW<br><br>DECLARATION OF S. NICOLE NARDONE |

I, S. Nicole Nardone, hereby declare as follows:

1. I am an Assistant United States Attorney for the Western District of Washington and represent Defendants in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of Department of Interior's FOIA Request Acknowledgement Letter to Dan Hamilton dated May 21, 2026.

3. Attached hereto as Exhibit B is a true and correct copy of Department of Interior's FOIA Request Acknowledgement Letter to Rachel Johnson dated May 21, 2026.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Attached hereto as Exhibit C is a true and correct copy of Department of Interior's Letter to Rachel Johnson dated June 11, 2026.

5. Attached hereto as Exhibit D is a true and correct copy of Department of Interior's Letter to Dan Hamilton dated September 22, 2026.

6. Attached hereto as Exhibit E is a true and correct copy of Department of Interior's Letter to Rachel Johnson dated September 22, 2026.

7. Attached hereto as Exhibit F is a true and correct copy of Department of Interior's Letter to Rachel Johnson dated February 2, 2026.

DATED this 9th day of October, 2026.

Respectfully submitted,

*s/ S. Nicole Nardone*
S. NICOLE NARDONE, D.C. Bar No. 471871
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nicole.nardone@usdoj.gov

*Attorney for Defendants*