# United States Department of the Interior

NATIONAL PARK SERVICE
1849 C Street, N.W.
Room 2229
Washington, DC 20240

IN REPLY REFER TO:
DOI-2025-009897

May 21, 2026

Dan Hamilton
1319 F St NW, Suite 301, PMB 387
Washington, DC 20004

Via email: *Dhamilton-pblc@lawyersforgoodgovernment.org*

Dear Dan Hamilton:

The National Park Service (NPS) Freedom of Information Act (FOIA) office received your FOIA request, dated September 26, 2025, on September 29, 2025, and assigned it control number DOI-2025-009897. Please cite this number in any future communications with our office regarding your request. You requested:

> *Any and all documentation in possession, custody or control of the Department of Interior (hereinafter "DOI") on and after January 1, 2025, concerning "public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's jurisdiction" in Washington State that have been or will be deemed by the department under Executive Order 14253 or Secretary Order No 3431 to "inappropriately disparage Americans past or living (including persons living in colonial times) … or, with respect to natural features, the beauty, abundance, and grandeur of the American landscape."*
>
> *Any and all communications, photographs, videos, preliminary and final documents or other things in DOI possession, custody or control on and after January 1, 2025, identifying the specific ways the department has "taken action," intends to take action in the future, or has directed others to take action pursuant to Executive Order 14253 or Secretary Order No 3431 "to ensure that all public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's jurisdiction" in the state of Washington "do not contain descriptions, depictions, or other content that inappropriately disparage Americans past or living (including persons living in colonial times) and instead focus on the greatness of the achievements and progress of the American people or, with respect to natural features, the beauty, abundance, and grandeur of the American landscape."*
>
> *Any and communications and preliminary and final documents in DOI in possession, custody or control on and after January 1, 2025, discussing, concerning, drafting, identifying or establishing the criteria, test or analysis to be applied when evaluating*

*under Executive Order 14253 or Secretary Order No 3431 whether any or "all public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's jurisdiction contain descriptions, depictions, or other content that inappropriately disparage Americans past or living (including persons living in colonial times) …."*

*Any and all communications and preliminary and final documents in DOI possession, custody or control on and after January 1, 2025, discussing, concerning, drafting, identifying or establishing the criteria, test or analysis to be applied when evaluating under Executive Order 14253 or Secretary Order No 3431 how any or "all public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's jurisdiction" could, should or will be changed, modified or removed in part or in whole to "focus on the greatness of the achievements and progress of the American people …."*

*Any and all communications and preliminary and final documents in DOI possession, custody or control on and after January 1, 2025, discussing, concerning, drafting, identifying or establishing the criteria, test or analysis to be applied when evaluating under Executive Order 14253 or Secretary Order No 3431 whether any or "all public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's jurisdiction contain descriptions, depictions, or other content that inappropriately disparage, … with respect to natural features, the beauty, abundance, and grandeur of the American landscape."*

*Any and all communications and preliminary and final documents in DOI possession, custody or control on and after January 1, 2025, discussing, concerning, drafting, identifying or establishing the criteria, test or analysis to be applied when evaluating under Executive Order 14253 or Secretary Order No 3431 how any or all descriptions, depictions, or other content identified with respect to natural features could, should or will be changed, modified or removed in part or in whole.*

*Any and all communications and preliminary and final documents in DOI possession, custody or control on and after January 1, 2025, discussing, concerning, explaining or documenting how the criteria, test or analysis used under Executive Order 14253 or Secretary Order No 3431 was specifically applied to justify, explain or direct each change, modification or removal under that order of descriptions, depictions, or other content from any and "all public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's jurisdiction" in Washington State.*

**Acknowledgment—Other Use Requester—43 C.F.R. §§ 2.38, .39**

We have classified you as an "other-use" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g)

Because of your entitlements, we do not anticipate there will be billable fees for processing your request at this time, so there is no need for us to address your request for a fee waiver.

**Multitrack Processing—43 C.F.R. §§ 2.14, .15**

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that would generally take one to five workdays to process. The Normal track is for requests that would generally take six to twenty workdays to process. The Complex track is for requests that would generally take twenty-one to sixty workdays to process. The Extraordinary track is for requests that would generally take more than sixty workdays to process. The Expedited track is for requests that have been granted expedited processing, which are processed as soon as practicable. Within each track, requests are usually processed on a first-in, first-out basis.

**Notification that Determination will be made Outside the Time Limits of Subpart D-43 C.F.R. Part 2, Subpart D**

Your request falls into the Complex processing track. There are 185 requests pending ahead of yours in this processing track.

As yet, we have been unable to make a determination on your request. We apologize for this delay. You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track (which may have the effect of having it processed more quickly).

Now that this matter is the subject of active litigation, please direct any communication regarding this request through Brian Kipnis, Assistant United States Attorney, *Brian.Kipnis@usdoj.gov*.

Sincerely,

NICOLE TURNER

Digitally signed by NICOLE TURNER
Date: 2026.05.21 15:39:28 -04'00'

Nicole Turner
Government Information Specialist
National Park Service