United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

February 2, 2026

Via Electronic Mail: rachel@lawyersforgoodgovernment.org

Rachel Johnson
Lawyers for Good Government
6218 Georgia Avenue, NW #5001
Washington, DC

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-003367

Dear Rachel Johnson:

The Office of the Secretary (OS) FOIA Office received your FOIA request, on January 23, 2026 and assigned it control number DOI-2026-003367. Please cite this number in any future communications with our office regarding your request.

**Description of the Requested Records**

You requested:

"We seek records, documents, guidance, and communications, maintained by the National Park Service (NPS) and/or the Department of the Interior (DOI), or any other office reasonably likely to maintain responsive records – including by staff at the Office of the Secretary, Arlington House, the Robert E. Lee Memorial (hereinafter "Arlington House"), the George Washington Memorial Parkway Headquarters, the National Capital Area Regional Office, and NPS Headquarters, relating to a) the implementation of Executive Order No. 14253, "Restoring Truth and Sanity to American History," (E.O. 14253), and Order No. 3431 issued by the Secretary of the Interior (Order 3431) as applied to Arlington House; and b) the removal or alteration of museum exhibits and/or literature or other programming as it relates to the implementation of the Orders.

Various people who engage with NPS education have reported that the President issued this Order and the Secretary implemented it to suppress or distort historical education available at NPS sites, contrary to their statutory duties. We have reason to believe that implementation of this order led to substantive changes and censorship at Arlington House, including the removal of the Arlington House Jr. Ranger booklet, and, possibly, how the accounts of enslaved people are retold. This request is made so that we can better understand what, if anything, has changed at Arlington House and related sites since the implementation of E.O. 14253. The request period is March 1, 2025, to the present, unless otherwise stated.

I. Description of Records Requested Please search all relevant offices, including Arlington House, George Washington Memorial Parkway Headquarters, regional directors, interpretation and education divisions, and other relevant headquarters divisions at NPS and Interior.

1.Decision-making and Administrative Record

a.All documents (including communications, policies, standards, guidance, memoranda, instructions, meeting notes, analyses, public feedback, and orders, etc.) related to the implementation of E.O. 14253 and Order 3431 as they relate to Arlington House, including, but not limited to, all documents regarding interpretive rangers and volunteer docents, requests to review Arlington House or its materials in response to the orders, lists of sites/information/displays/literature subject to review, communications about those things subject to review, and final determinations as to what action should be taken;

b.All policies, procedures, standards, guidance, memos, instructions, and other documents regarding the implementation of E.O. 14253 and Order 3431 in general;

c.All documents reflecting the reasons for, or analysis of, and decision to remove, alter, or limit, children's interpretive materials about racism, oppression, chattel slavery, enslaved people, or slaveholders, at Arlington House, including Junior Ranger literature and material previously available in paper format and on the Arlington House website (https://www.nps.gov/arho/learn/kidsyouth/index.htm);

d.All documents reflecting the reasons for, or analysis of, any decision to remove, alter, or limit any other exhibit, object, communication, or literature about race, racism, oppression, chattel slavery, enslaved people, or slaveholders, and/or chattel slavery at Arlington House; e.All documents reflecting the reasons for, or analysis of, any decision to direct or instruct any Arlington House staff or volunteer to alter or limit tour content, interpretive programming, historical content, or speech related to the history of race, racism, oppression, chattel slavery, or enslavement at Arlington House, including but not limited to references to the sexual assault of enslaved people by their enslavers;

2.Descendant Engagement a.All documents, communications, notes, evaluations, or records regarding descendants of the Custis, Lee, or Syphax family members, or any member of Arlington House Descendants' Family Circle ("Family Circle") or the Family Circle generally, and interpretive programming at Arlington House as it relates to the implementation of E.O. 14253 and Order 3431;

3.Policies, Directives, and Training Materials a.All guidance documents, directives, memoranda, or internal instructions that apply to Arlington House, governing staff or volunteer discussion, education, or interpretation of the history of chattel slavery, race, racism, or oppression including discussion of living conditions, sexual violence, torture, or other "shameful" historical topics.

4.Catch-all Clause

a. All records otherwise describing, analyzing, or reflecting the rationale, consultation, or approval process for the above decisions or any decisions to amend, alter, remove, curtail, reinstate, or prohibit communications, materials, or objects as they relate to race, racism, oppression, chattel slavery, enslaved people, slaveholders, or the Family Circle at Arlington House."

**Fee Category**

We classified you as an "other-use" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $250.00 for the processing of your request.

**Fee Waiver**

You asked us to waive the fees for processing your request. Our FOIA regulations state that bureaus will waive, or partially waive, fees if disclosure of all or part of the information is:

(1) In the public interest because it is likely to contribute significantly to public understanding of government operations or activities, and

(2) Not primarily in your commercial interest.

*See* *43 C.F.R. § 2.45(a)*. Our FOIA regulations also provide specific criteria that are used to determine whether these two requirements are met. *See* *43 C.F.R. § 2.48*. Your request demonstrates that you meet each of these criteria. Therefore, your fee waiver request has been granted.

**Expedited Processing Denial**

You asked for expedited processing of your FOIA request. The Department's FOIA regulations state that a bureau will provide expedited processing when a requester demonstrates a compelling need for the records by explaining in detail how the request meets one or both of the criteria below and certifying the explanation is true and correct to the best of the requester's knowledge and belief. The two criteria are as follows:

(1) Failure to expedite the request could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or

(2) There is an urgency to inform the public about an actual or alleged government activity and the request is made by a person primarily engaged in disseminating information.

(The requested information must be the type of information that has particular value that will be lost if not disseminated quickly; this ordinarily refers to a breaking news story that concerns a matter of public exigency. Information of historical interest only or information sought for litigation or commercial activities would not qualify, nor would a news media deadline unrelated to breaking news.)

*See 43 C.F.R § 2.20*.

Your request does not contain enough evidence to meet section two of these criteria because you have not demonstrated what particular value the requested records have that will be lost if not disseminated quickly. Your request for expedited processing therefore has been denied.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Complex" processing track for requests that would generally take twenty-one to sixty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis. You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track which may have the effect of reducing the cost of processing your request and having it processed more quickly.

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Appeal Rights**

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal as soon as possible after this communication. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing**. You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe this response is in error. You must also include with your appeal copies of all correspondence between you and OS concerning your FOIA request, including your original FOIA request and this response. Failure to include with your appeal all correspondence between you and OS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to

accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

*DOI FOIA/Privacy Act Appeals Office Contact Information*

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters.*

Sincerely,

DEBOSREE JAYARAM

Digitally signed by DEBOSREE JAYARAM
Date: 2026.02.02 09:11:07 -05'00'

Deb Jayaram
Government Information Specialist
Office of the Secretary
FOIA Office